# ELECTRONIC RECORD

1357-14

COA # 04-13-00187-CR    OFFENSE: Murder

STYLE: Fernando Rodriguez, Jr.    COUNTY: Webb

COA DISPOSITION: _____    TRIAL COURT: 341st District Court

DATE: 09/10/2014    Publish: NO  TC CASE #: 2011-CRN-531-D3

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»    CCA #: _____

_____PRO SE_____ Petition    CCA Disposition: **1357-14**

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED_____    JUDGE: _____

DATE: 02/25/2015    SIGNED: _____  PC: _____

JUDGE: Per Curiam    PUBLISH: _____  DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____